United States District Court
Southern District of Texas
**ENTERED**
June 10, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| BASIC ENERGY SERVICES, INC., *Debtors*, | § § § § | Civil Case No. 4:25-cv-01680 |
| | § | Bankruptcy Case No. 23-adv-3061 |
| LIQUIDATION TRUSTEE DAVID DUNN, *Plaintiff*, | § § § § | |
| v. | § § | |
| TIMOTHY DAY, et al, *Claimants*. | § § | |

## ORDER

Before the Court is a Limited Objection to the Bankruptcy Judge's Report and Recommendation to the United States District Court Regarding the Withdrawal of the Reference filed by Defendants Timothy Day, John E. Jackson, James D. Kern, Samuel E. Langford, Julio M. Quintana, and Keith L. Schilling (the "Basic Directors"). (Doc. No 3). The Trustee has responded in opposition to the objection, (Doc. No. 4), and the Basic Directors replied. (Doc. No. 5).

After a *de novo* consideration of the Limited Objection, the Motion Withdraw the Reference and Demand for Jury Trial, the responses, and the Report and Recommendation, the Court determines that the objection should be overruled and that the reference should be withdrawn in its entirety for all trial proceedings, but that the Bankruptcy Court should continue to preside over all pretrial motions and proceedings. Accordingly, it is **ORDERED** that the Bankruptcy Court's Report and Recommendation to this Court, (Doc. No. 1), is hereby **ADOPTED**.

It is **FURTHER ORDERED** that the Basic Directors' Motion to Withdraw the Reference is **GRANTED** in part. The reference is withdrawn as to trial and all trial related proceedings. The

2

Motion to Withdraw the Reference is **DENIED** as to all pre-trial matters. Pre-trial matters will continue to be handled by the Bankruptcy Court.

SIGNED this 6th day of June, 2025.

Andrew S. Hanen
United States District Judge